IN the civil courts of U.S. District Eastrn
At chattanooga Tennessee

Plaintiff   Billy w. Locke #135987

Date 6-25-2026

comes Pro-Se

v.

Polk county, Tennessee

Defendant   Steve Ross sheriff

FILED

JUL 1 4 2026

Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

## ( T B TEST AFFidacit of complaint )

on Febuary 23-2026 I was Booket in to this jail AT polk county Tennessee, upon my intery into this Jail, By The state of Tenn. Human Health Services, Policy, T.C.A 68-9-104 (3) polk county is and has the Responsibilaty To Report Tubercubsis, cases Because Tburculosis is a highly infectious and contagious disease That is spread through The air. an by T.C.A 39-13-803, under this statue if I was to get Tuberculosis while in this Jail, Because of people not Being Tested it would Be an act of Terrorisom and attembed murder. By T.C.A 68 9-202 it is the county place To Protect public health From TB, and all infectious diseases.

"conclusion"   I am sueing This county For $75.000 For placing my life in Danger Knowingly and volunterly, By not giving any Body in here a T.B. Test at all, of any Kind, or Testing For any Kind of infectious diseases at all, here at this Jail.

Billy w. Locke #135987 ( 28 U.S.C. 1331 gives this court jurisdiction )

Polk co. Jail   Respectfully submitted

Billy w Lock

Benton TN. 37307

IN The civil courts OF The u.s. Eastern District
AT chattanooga Tennessee

Date 6-25-2026

PlainTiFF, Billy w. Locke #135987 )
v. "Pro. Se" )

officer    T.J Dills "~~R~~  )
Defendant  ~~F. Smith~~ and Eddie cheeks )
           ~~PolK County~~ (~~R. county~~ )
                          ~~Superich~~

IN Their individual capacy and offical
   (Afadavit of complaint, and statement of facts)
   Petitioner comes "Pro-Se".

   On Friday APril 11th, I give mr. T.J. Dills Some legal
work To make coPys oF, For which was Never Returned
Back to me, "he" was "Told" when I give iT To him that it
was legal work. That evening I asked him if he had gotten
the coPys made, He Tells me That he did get Them made, But
He says he had Them laying on The table when mr. Eddie cheeks
the jail Administrater comes By and Picks Them up "Reads" Them
and Takes Them with him. Not only did I not get my
Legal work Back. But Now I cant even get copy made ot
any thing, By mr. cheeks, the courts has Jurisdiction over This
action pursuant to . (Conslusion) 28 usc 1331
   I am hereby sueing mr. cheeks and mr. Dills For $5,000
each, For The violation of my First Amendment. Thext oF my
ProPerty Hampering and interfearing with my Legal work
and ~~the~~ my 4th Amend. my right To be sucure in my PaPers.
   I am sueing PolK county For the improper Training
oF Theses PeoPle., and the violation oF my Due Process.
   I ask $50.000 Pluse court cost From all, and
$100.000 From The county.

Bounds v. Smith 430 U.S. 817, 97 S. Ct. 1491, 52 L. Ed. 2d. 72 (1977) supream court of united states we hold, Therefore that The Fundamental constitutional right of access to the courts requires prison authorities to assist inmates in the Preparation and Filing of meaningful legal papers by Providing Prisoners with adequate law libraries and or adequate assistance From Persons Trained in The law.

Polk county, whereby contract or statute, The master is bound to do certain thing, if he intrusts The Performance of that duty to another he becomes absolutely responsible For the manner in which The duty is Proformed ~~by and~~ Precisely the Same as though he himself had Proformed it, and that without any reference to the question whether The Servant was authorized to do The Particular act. Garage v. Holmes 10 Tenn. APP. 500 in that case The court of APP. quoted with approval From an opinion of This court in ~~Pullman~~ Pullman Palace car CO. V. Gavin 93 Tenn. 53, 23. S.w. 70, 21 L.R.A. 298

AND Eddie cheeks

Eddie cheeks is the Jail Administrater At The Polk ~~ec~~ county Jail

Billy w. Locke #135987
Polk co. Jail
Po Box 1189
Benton TN. 37307

Respectfully Submitted
Billy Locke

on or about April 29 2026
I Personaly A ever heard mr. T.J. Dills state
to officer Speedy that works the same shift as him
after, I give my legal work to officer speedy
To be mailed. office dills Tells him that he can
just Throw that in the garbage

1. I am also suing for emotional and mentel Pain
and suffering, and harrassment

2. all such other relief both genral and specific, To which
Plantiffs may be entitled anunder the Premises pursuant
to applicable law and negligenes acts

I am also suing mr. cheeks for hammpering my access to the
law library Because thay are only 6 Tablets in a 36 man pod,
and the cells that Do get the Tablets Dont want to share
them and think that thay Belone to them only, and that
Puts us having To fight over them or we Dont get To use
Them at all, and I am real sure that This Jail has been
given a state ok Federal grant for every inmate in this
Jail To have a Tablet, and this is hammpering my legal
work. Now 6-9-2026 I cant get copys of legal work
nor can I even get Print outs of my Trust account
that the courts want me to send To them in order To
Proceed as a poor person acording To miss Brittny
Dunn, here at the Polk co. Jail, I am also suing



EXHIBIT A  section No. 2

ROUTINE: Y N

EMERGENCY: Y N

GRIEVANCE NO._____

TO BE ASSIGNED BY THE

GRIEVANCE OFFICER

## INMATE GRIEVANCE FORM

NAME: _Billy W. Locke_ CELL NO: _A-202_ DATE: _6-10-26_

STATE TO THE POINT THE FACTS OF YOUR GRIEVANCE (ATTACH EXTRA SHEETS IF NECESSARY).

On 6-9-2026 I sent a request for copys of my Trust account, I told her that I needed 3 copys she miss Brittney Dun. sent one copy an tells me that if I needed any more that I will have to get it off the keyes, would some one tell me how I am to do that, ou see in here I need this for the courts, I am wanting to know why my legal work is Being hamperd, By this officer Refusing me what I need,

AND officer Mike on Day shift is a wittness to This Fact

INMATE SIGNATURE: _Billy Locke_ DATE: _6-10-26_

RECEIVED BY GRIEVANCE OFFICER:_____ TIME:_____ DATE:_____

GRIEVANCE OFFICER'S REPORT: _Billy you were given a copy of what you as for she doesn't have to run copies for you. You can give it to your attorney and ask them for that_

GRIEVANCE OFFICER SIGNATURE:_Eulola Cheul_ DATE:_____

 Section No. 2

ROUTINE:     Y N

EMERGENCY:    Y N

GRIEVANCE NO._____

TO BE ASSIGNED BY THE

GRIEVANCE OFFICER

## INMATE GRIEVANCE FORM

NAME: _Billy Locke_     CELL NO: _A-202_ DATE: _6-16-2026_

STATE TO THE POINT THE FACTS OF YOUR GRIEVANCE (ATTACH EXTRA SHEETS IF NECESSARY).

Mr. Cheeks, I am quite sure that this Jail has Been giving a state or fed. grant, to Provide every inmate that this Jail holds a tablet to use. I have been here around 4 months Now and I still have not get one, AND the tablet is the one with the law library on it "That" I can use, now they are only 4 to 6 in this Pod. And that is hemming my legal work, Now I have around 15 cases in 7 Different courts, AND I am Pro-se in every one of them AT this time, AND I Do need copys of my legal work made every Now and Then and I do need a tablet To work with, and I truly hope that we have an understanding with this. ~~scratched out~~ Thank You

INMATE SIGNATURE: _Billy Locke_     DATE: _6-16-2026_

RECEIVED BY GRIEVANCE OFFICER:_____ TIME:\_\_\_\_\_ DATE:\_\_\_\_\_

GRIEVANCE OFFICER'S REPORT: We do not have a grant for tablets. Each pod is assigned tablets. Inmates break them as fast as we get them in and assigned. We do not make copies. Tablets are shared by all Inmates

GRIEVANCE OFFICER SIGNATURE: _Cheeks_     DATE:\_\_\_\_\_



ROUTINE:     Y N

EMERGENCY:  Y N

GRIEVANCE NO._____

TO BE ASSIGNED BY THE

GRIEVANCE OFFICER

## INMATE GRIEVANCE FORM

NAME: *Billy W. Locke*      CELL NO: *A-202*   DATE: *4-13-2026*

STATE TO THE POINT THE FACTS OF YOUR GRIEVANCE (ATTACH EXTRA SHEETS IF NECESSARY).

I am Requesting To Know why I was charged 26 Dollers For ? ? I B Proferin and ? one sinus Pill, AND I am Requesting my legal work Back, That T.J. Smith was making copys of that Eddie checks took, on Friday The 11th

"T.J. Dills"

INMATE SIGNATURE: *Billy Locke*      DATE: *4-13-2026*

RECEIVED BY GRIEVANCE OFFICER: _____ TIME: _____ DATE: _____

GRIEVANCE OFFICER REPORT: Billy I put your paper work back on the table in the Officer breakroom. The CO's are not to make copies of any paper work. I talked to the Nurse and according to her the charges were correct. 10 for sick call and the rest for Meds

GRIEVANCE OFFICER SIGNATURE: *Thanks Eddie*     DATE: _____



( EXHibiT ) Section No.
D                    2

Dear, miss callie                          Date '5-22-26
    I have some legal work That I need To get
mailed out and The Postage charged To my
acount,


    thank you and Thank You For your
Time
pete →  will do you all have a way for indigent  Pro-Se
5-25-26  People To mail legal work To the courts
        I AM a T.Do.C. Prisoner


        Billy Locke #135987
        A-Pod - cell 202


We do not have a way to charge your account
for Postage.

                        Billy gothe


5/26/26  You can use the envelopes that come with
        indigent Kits for any mail services you need.
                        Thanks



Billy a. Locke #135987
Polk Co. Jail
Po Box 1189
Benton TN. 37307

( 1 of 4 )

X-RAYED
Legal mail

Polk County has neither
inspected nor censored and is
not responsible for contents

U.S. District court clerk
Georgia Ave. Room 309
Chattanooga, TN, 37402